**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Gayer,  )<br>  )<br>             Plaintiff,  )<br>  )<br>v.  )<br>  )<br>COXCOM, Inc., et al.,  )<br>  )<br>             Defendants.  )<br>_____) | No. CIV 07-1320-PHX-SMM |

The Court is in receipt Mr. Gayer's letter dated August 27, 2007, regarding Defendants' Reply brief. It is this Court's policy that all communication with the Court regarding matters pertaining to pending cases shall be made in writing and filed with the Court according to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Arizona. Communication such as that received today is not in compliance with either the Local or Federal Rules. Therefore, the Court has returned the document in its original form and requests that if Plaintiff wishes to refile the supplemental authorities, he file them in an appropriate pleading format.

DATED this 10th day of September, 2007.

*[signature]*
Stephen M. McNamee
United States District Judge