**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Gayer,<br><br>    Plaintiff,<br><br>v.<br><br>COXCOM, Inc., et al.,<br><br>    Defendants. | No. CIV 07-1320-PHX-SMM<br><br>**ORDER** |

Pursuant to stipulation by the parties, Defendants CoxCom, Inc., and Scientific Atlanta, Inc. will file and serve responses to Plaintiff Richard Gayer's First Amended Complaint on or before October 30, 2007. Plaintiff's time to file an opposition to such responses will be calculated from October 30, 2007, as provided by Arizona District Court Local Rules of Civil Procedure and the Federal Rules of Civil Procedure. As to Defendants Dimco Communication and Howland, the general denial contained in their Answer to Plaintiff's first Complaint shall stand as an answer to any new allegations in Plaintiff's Amended Complaint and these Defendants need not file a new answer at this time.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** the Stipulation for Extension of Time to Answer Complaint (Doc. 34).

DATED this 15th day of October, 2007.

Stephen M. McNamee
United States District Judge