**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Richard Gayer, | ) | No. CIV 07-1320-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| | ) | |
| COXCOM, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the Stipulation filed by the parties (Doc.42), the parties seek time to finalize a settlement agreement between Plaintiff and Defendant Scientific Atlanta. The remaining defendants do not contest the request for an extension fo time to respond. Thus, good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff Richard Gayer is **GRANTED** an extension until Monday, December 10, 2007, to file an opposition to Defendant Scientific Atlanta, Inc.'s Motion to Dismiss.

DATED this 20th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge