**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Gayer, ) | No. CIV 07-1320-PHX-SMM |
|     Plaintiff, ) | **ORDER** |
| v. ) | |
| CoxCom, Inc., et al., ) | |
|     Defendants. ) | |

Pursuant to a Stipulation filed by CoxCom, Inc. and Plaintiff (Doc. 48), the parties seek a brief extension of time for CoxCom, Inc. to file and serve a Reply in Support of its Motion to Dismiss First Amended Complaint. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Stipulation for Extension of Time to File Reply. CoxCom, Inc. shall file its Reply brief no later than December 4, 2007.

DATED this 21st day of November, 2007.

_____
Stephen M. McNamee
United States District Judge