**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Richard Gayer,  )<br>          Plaintiff,  )<br>v.  )<br>  )<br>COXCOM, Inc., et al.,  )<br>          Defendants.  )<br>_____) | No. CIV 07-1320-PHX-SMM<br><br>**ORDER** |

Pursuant to the parties'[1] Stipulation with Prejudice [Doc. 50] filed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 50], and this matter is **dismissed with prejudice** as to Defendant Scientific Atlanta only.  Each relevant party to bear its own costs and attorneys' fees incurred in connection with this case as it relates to Defendant Scientific Atlanta.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **terminate as Moot** Defendant Scientific Atlanta's pending Motion to Dismiss [Doc. 38].

DATED this 21st day of November, 2007.

Stephen M. McNamee
United States District Judge

---

[1] The term "parties" refers only to Plaintiff and Defendant Scientific Atlanta.