**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Richard Gayer, | ) | No. CIV 07-1320-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| | ) | |
| COXCOM, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Having reviewed DIMCO Communication and Ernest Howland's Notice of Plaintiff's Acceptance of Defendant their Offer of Judgement (Doc. 43),

**IT IS HEREBY ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that the parties have until **January 18, 2008** to file a stipulation for dismissal of the claims against these Defendants signed by all relevant parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the parties shall attend a status conference scheduled for **February 4, 2008, at 1:30 p.m.**  If the stipulation is received by **January 18, 2008**, the status conference will be automatically vacated.

DATED this 26th day of December, 2007.

Stephen M. McNamee
United States District Judge