**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Gayer, | No. CIV 07-1320-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| COXCOM, Inc., et al., | |
| Defendants. | |

Pursuant to the parties'[1] Stipulation with Prejudice [Doc. 57] filed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 57], and this matter is **dismissed with prejudice** as to Defendants DIMCO and Ernest Howland only. Each relevant party to bear its own costs and attorneys' fees incurred in connection with this case.

DATED this 25th day of February, 2008.

_____
Stephen M. McNamee
United States District Judge

---

[1] The term "parties" refers only to Plaintiff and Defendants DIMCO and Ernest Howland.