**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Richard Gayer, | ) | No. CIV 07-1320-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| CoxCom, Inc., et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. 60].  After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 60].  This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED VACATING**  any pending motions  [Doc. 37] and hearings in this matter.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED this 5th day of June, 2008.


Stephen M. McNamee
United States District Judge